UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-2182-WYD-OES

JACK W. SMITH, JR.,

    Plaintiff,

v.

DWIRE CO;
PAYROLL SERVICES;
JOEL DWIRE;
TRIPOLI MANAGEMENT, INC., LLC;
ASHDALE MANAGEMENT, INC.;
JANNA DWIRE; and
DWIRE EARTHMOVING & EXCAVATING,

    Defendants.

_____

**MINUTE ORDER**

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    This matter comes before the Court upon the motion of attorney Shelby A. Felton to allow substitution of counsel and withdrawal of Felton & Heinicke, LLC.  The Court, having examined the motion and finding that all requirements of D.C.COLO.L.Civ.R. 11.1(A) and 83.3(B) have been met regarding the substitution and withdrawal of counsel, **GRANTS** the Motion for Substitution of Counsel (docket # 51).

    Shelby A. Felton and the law firm of GODFREY & LAPUYADE, P.C., are hereby authorized to assume handling of this case as substitute counsel, and the law firm of Felton & Heinicke, LLC is hereby granted leave to withdraw.

Dated:  September 15, 2005

                                            s\ Sharon Shahidi
                                            Law Clerk to
                                            Wiley Y. Daniel

U.S. District Court