IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE O. EDWARD SCHLATTER**

---

| | |
|---|---|
| Civil Action No. 04-cv-02182-WYD-OES | Date:  October 20, 2005 |
| Courtroom Deputy:  Cathy Coomes | **FTR – Courtroom A601** |

---

| | |
|---|---|
| JACK W. SMITH, JR.; | Jennifer C. Robinson |
| Plaintiff(s); | |
| vs. | |
| DWIRE CO.; | Shelby Anne Felton |
| D.C. PAYROLL SERVICES; | |
| JOEL DWIRE; | |
| ASHDALE MANAGEMENT INC.; | |
| TRIPOLI MANAGEMENT INC.; | |
| JANNA DWIRE; and | |
| DWIRE EARTHMOVING & EXCAVATING; | |
| Defendant(s). | |

---

## COURTROOM MINUTES/MINUTE ORDER

---

**\*MOTION HEARING**

**Court in session:**          1:03 p.m.

Court calls case.  Appearances of counsel.

Opening statements by the Court.

Argument and discussion regarding Plaintiff's Motion to Compel [Doc. #43, filed 8/12/05].

**ORDERED:**   For reasons stated on the record, Plaintiff's Motion to Compel [Doc. #43, filed 8/12/05] is GRANTED in part and DENIED in part, as set forth in detail on the record.

Discussion regarding depositions currently scheduled.

**Court in recess:**          p.m.  (Hearing concluded)
**Total time in court:**       1:02

\*To obtain a copy of the transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.