IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02182-WYD-MEH

JACK W. SMITH, JR.,

      Plaintiff,

v.

DWIRE CO;
PAYROLL SERVICES;
JOEL DWIRE;
TRIPOLI MANAGEMENT, INC., LLC;
ASHDALE MANAGEMENT, INC.;
JANNA DWIRE; and
DWIRE EARTHMOVING & EXCAVATING,

      Defendants.

## ORDER ON PLAINTIFF'S MOTION FOR ADDITIONAL DISCOVERY

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

Before the Court is Plaintiff's Motion for Additional Discovery Pursuant to the Court's Order of March 2, 2006 (Docket #82). Plaintiff filed this motion as a follow-up to the Order Affirming in Part and Rejecting in Part Order of United States Magistrate Judge, issued by the Honorable Wiley Y. Daniel on March 2, 2006. Defendants responded, strenuously objecting to the motion, and Plaintiff filed a reply. Oral argument on the motion was heard by the Court on May 25, 2006. For the reasons stated on the record, and based upon Judge Daniel's clear directives, it is ORDERED that Plaintiff's Motion for Additional Discovery Pursuant to the Court's Order of March 2, 2006 [Filed March 14, 2006; Docket #82] is **granted** in part and **denied** in part, as follows:

    1.    Plaintiff's request for payment of costs and attorney's fees associated with the continuation of depositions of any witnesses already deposed is denied.

2. Discovery is re-opened in this matter, and the deadline for completion of discovery shall be September 10, 2006. The parties are reminded of the requirement to supplement discovery disclosures and responses as provided under Fed.R.Civ.P. 26(e).

3. Plaintiff shall be allowed a total of 20 new interrogatories, 20 new requests for admissions, and 20 new document requests, submitted to all defendants.

4. Plaintiff shall be allowed 7 new depositions. Should the Plaintiff determine that continuation depositions of those already taken are necessary, he must file a motion which sets forth with specificity the number of additional depositions, who should be deposed, and why the continued deposition would be necessary. Plaintiff is reminded of the requirements to meet and confer with opposing counsel with regard to any such motion filed.

5. A telephonic status conference is scheduled for July 18, 2006, at 9:30 a.m. Counsel for the Plaintiff shall initiate a conference call in this regard, to include opposing counsel and the Court which can be reached at 303-844-4507. The parties are on notice that any pretrial case management motions that have been timely filed and are pending on July 18, 2006, will be addressed by the Court during the conference, provided that the motion has been filed at least 3 business days prior to the conference. If any such motions are pending, counsel should be ready to participate in oral argument.

6. A Final Pretrial Conference is scheduled for September 25, 2006, at 9:30 a.m. The conference will be held in Courtroom A-601 on the sixth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

Lawyers whose offices are located outside of the Denver metropolitan area may appear at scheduling and pretrial conferences by telephone, if the original signed copy of the appropriate order has been submitted. If appearance by telephone is desired, please notify Chambers at 303-844-4507.
The parties shall submit a jointly prepared proposed Amended Final Pretrial Order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L., no later than five (5) business days prior to the conference. The proposed Preliminary Pretrial Order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., Word or WordPerfect only) and shall be e:mailed to the Magistrate Judge at Hegarty_Chambers@cod.uscourts.gov.

The parties shall prepare the proposed Amended Pretrial Order in accordance with the Final Pretrial Order form which can be found in the forms section of the court's website at www.co.uscourts.gov.

The parties are reminded that witnesses who cannot be located and for which

there is no current address and telephone number may not be included as a will call witness in the Final Pretrial Order.

Dated at Denver, Colorado, this 26th day of May, 2006.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge