UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 04-cv-02182-WYD-OES

JACK W. SMITH, JR.,

      Plaintiff,

v.

DWIRE CO;
PAYROLL SERVICES;
JOEL DWIRE;
TRIPOLI MANAGEMENT, INC., LLC;
ASHDALE MANAGEMENT, INC.;
JANNA DWIRE; and
DWIRE EARTHMOVING & EXCAVATING,

      Defendants.

---

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulated Motion for Dismissal with Prejudice (filed August 15, 2006).  After a careful review of the motion and the file, I conclude that the motion should be granted and the case dismissed pursuant to FED. R. CIV. P. 41(a)(1).  Accordingly, it is

ORDERED that the Stipulated Motion for Dismissal with Prejudice is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, with the parties to bear their own costs and attorney fees.  It is

FURTHER ORDERED that five-day jury trial set to commence November 13, 2006, and the final trial preparation conference set for November 2, 2006, at 4:00 p.m. are **VACATED**.

Dated:  August 15, 2006

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge